1  **IGOR FRADKIN, ESQ., State Bar No. 299491**
2  **DOWNTOWN L.A. LAW GROUP**
   601 N. Vermont Ave.
3  Los Angeles, CA 90004
   Tel: (213)389-3765
4  Fax: (877)389-2775
5  Email: Igor@downtownlalaw.com
6
7  Attorneys for Plaintiff
   MITCHELL MATHEWS
8
9

10              **UNITED STATES DISTRICT COURT**
11              **DISTRICT OF CALIFORNIA**
12

13  | | |
14  MITCHELL MATHEWS, an individual.   Case No.:
15                                      (UNLIMITED CIVIL ACTION)
16              Plaintiff,
                                        **COMPLAINT FOR DAMAGES**
17        v.
                                           1.  NEGLIGENCE – MOTOR
18  UNITED STATES OF AMERICA; and            VEHICLE
19  DOES 1 to 50, inclusive.
20              Defendants.
21
22

23        COMES NOW PLAINTIFF MITCHELL MATHEWS, complaining of
24  Defendants and alleges as follows:
25                             **I.**
26                        **JURISDICTION**
27  1.    This action is brought pursuant to the Tort Claims Act, 28 U.S.C.
28  §2671 et seq.  Jurisdiction is founded on 29 U.S.C. §§1346(b).

                                1
                    **COMPLAINT FOR DAMAGES**

## II.

## VENUE

2.     Venue is proper in the Central District of California. The motor vehicle accident giving rise to this complaint occurred near Nash St. & El Segundo Blvd., El Segundo, CA 90245, which is within the present judicial district. Plaintiff also resides within this judicial district.

## III.

## PARTIES

3.     Plaintiff MITCHELL MATHEWS (hereafter "PLAINTIFF") is and at all relevant times was a resident of Los Angeles County, California.

4.     At all times relevant herein, the Defendant UNITED STATES OF AMERICA is a governmental agency.

## IV.

## FACTS COMMON TO ALL ACTIONS

5.     On or about October 31, 2018 Plaintiff was lawfully operating his vehicle northbound on Nash St. near El Segundo Blvd.. Defendant's employee was operating his vehicle northbound on Nash St. and negligently merged into Plaintiff's lane of travel without caution and in such an unsafe manner that it violently collided into Plaintiff's vehicle.

6.     On said date, Defendant UNITED STATES OF AMERICA's employee drove carelessly, negligently and with extreme recklessness, including, but not limited to, negligently merging into Plaintiff's lane of travel without caution and in such an unsafe manner.

7.     In so executing the lane change, Defendant UNITED STATES OF AMERICA's employee carelessly and negligently struck Plaintiff MITCHELL MATHEWS's vehicle as it traveled northbound on Nash St..

///

///

8.     On August 3, 2020, the Plaintiff submitted a claim based on the allegations herein to the UNITED STATES OF AMERICA for administrative settlement.  The Defendant UNITED STATES OF AMERICA did not expressly deny the claim and six months have passed. Accordingly, Plaintiff has complied with the requirements of the Federal Tort Claims Act for the timely filing of claims.

## V.

## FIRST COUNT/CAUSE OF ACTION
## NEGLIGENT OPERATION OF A MOTOR VEHICLE

9.     Plaintiff incorporates herein by reference paragraphs 1 through 8, above as though fully set forth herein.

10.    On October 31, 2018, a U.S. Postal Service mail-delivery truck was operated by Defendant UNITED STATES OF AMERICA's agent or employee as he/she was in the course and scope of his/her employment with Defendant UNITED STATES OF AMERICA.

11.    Defendant UNITED STATES OF AMERICA's employee was driving negligently and carelessly, including, but not limited to, negligently merging into Plaintiff's lane of travel without caution and in such an unsafe manner.

12.    Defendant UNITED STATES OF AMERICA and its agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the U.S. Postal Service Truck as to proximately cause the same to collide against the vehicle which Plaintiff, MITCHELL MATHEWS, was then operating, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

13.    Defendant UNITED STATES OF AMERICA's employee was also negligent in failing to keep attentive as to his/her whereabouts and oncoming traffic.  Said Defendant knew or should have known that there was oncoming

1   traffic and attempting to change lanes in front of said traffic would be unsafe,

2   all of which negligence, carelessness and recklessness constituted the

3   proximate cause of him/her striking Plaintiff's vehicle.

4   14.   As a proximate result of each and all of the aforesaid acts and

5   omissions of the Defendants, Plaintiff was injured about his body and its

6   members and was rendered sick, sore, lame and disabled, and was injured in

7   health, strength and activity, a portion of said injuries being permanent.  As a

8   result of said injuries, Plaintiff has had, and in the future will have, physical,

9   mental and emotional pain, suffering, worry and anxiety.

10   15.   As a proximate result of each and all of the aforesaid acts and

11   omissions of the Defendants, Plaintiff suffered grave and serious mental

12   anguish, fear, anxiety and illness, a portion of said injuries being permanent.

13   As a proximate result of said injuries and damages, Plaintiff has had, and in

14   the future will have, physical, mental and emotional pain, suffering, worry

15   and anxiety.

16   16.   By reason of said injuries, Plaintiff has incurred, and probably will

17   incur in the future, hospital, surgical, ambulance, medical, nursing and

18   household expenses, all to his further damage.

19   17.   By reason of said injuries, Plaintiff was unable to do his usual work for

20   a period of time, has been unable to do a portion of his work since that time,

21   will be partially disabled in the future and has sustained damage to his future

22   earning capacity, all to this damages, according to proof.

23   18.   By reason of said injuries, Plaintiff has sustained damage to his future

24   earning capacity, all to his further damage, according to proof.

25   19.   As a proximate result of each and all of the aforesaid acts and

26   omissions of the Defendants, Plaintiffs' bicycle sustained damage, according

27   to proof.

28

**COMPLAINT FOR DAMAGES**

20.     By reason of said collision, Plaintiff was deprived of the use of a vehicle for a period of time, all to Plaintiff's further damage, according to proof.

### VI.

### PRAYER

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against all the Defendants;

a)     For damages for injuries sustained due to the negligence of Defendant UNITED STATES OF AMERICA's agent and employees, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from his injuries.

b)     Costs of suit necessarily incurred herein; and

c)     Such further relief as the Court deems just or proper.


DATED:  April 7, 2021                    DOWNTOWN L.A. LAW GROUP

                                         _____
                                         IGOR FRADKIN, ESQ.
                                         Attorneys for Plaintiff,
                                         MITCHELL MATHEWS

### JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.


DATED:  April 7, 2021                    DOWNTOWN L.A. LAW GROUP

                                         _____
                                         IGOR FRADKIN, ESQ.
                                         Attorneys for Plaintiff,
                                         MITCHELL MATHEWS

**COMPLAINT FOR DAMAGES**