JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MITCHELL MATHEWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | No. CV 21-2998 VAP (JCx)<br><br>JUDGMENT |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the Stipulation of the parties, this action is hereby DISMISSED WITH PREJUDICE.  All Doe defendants are hereby DISMISSED.  Each party shall bear its own cost, fees and expenses.  IT IS SO ORDERED AND ADJUDGED.

Dated: October 24, 2022

*Virginia A. Phillips*
UNITED STATES DISTRICT JUDGE